**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00195-CMA

UNITED STATES OF AMERICA,

      Plaintiff,

v.

DANIEL BRANDON,

      Defendant.

---

**ORDER SETTING CHANGE OF PLEA HEARING**

---

Pursuant to the personal appearance by counsel in Chambers, and in response to the Notice of Disposition (Doc. # 4), filed June 12, 2009, a Change of Plea hearing in this matter is set for **July 15, 2009 at 9:00 a.m.** in Courtroom A602 of the Arraj Courthouse**.**  Counsel for the parties shall deliver courtesy copies of the "Statement by Defendant In Advance of Change of Plea" and the "Plea Agreement" separately to Judge Arguello's chambers and to the Probation Department no later than **noon on July 13, 2009**.  If these documents are not timely submitted, the hearing will be vacated.  There will be no exceptions to this policy.  The original and one copy of these documents should be delivered to the courtroom deputy in the courtroom at the time of the hearing (*see* D.C.COLO.LCrR 11.1F).

      DATED: June  16 , 2009

                                        BY THE COURT:

                                        *Christine M Arguello*

                                        _____

                                        CHRISTINE M. ARGUELLO
                                        United States District Judge